**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

EMILY COHEN, *as Next Friend for*
A.C., a minor,

Plaintiff,

Case No. 26-cv-02598

v.

Hon. Jane M. Beckering

INTERLOCHEN CENTER FOR THE ARTS,
*a Michigan nonprofit corporation,* INTERLOCHEN
ARTS GROUP, a *Michigan nonprofit corporation,*
*d/b/a Interlochen Arts Academy,* DAVID HELDRETH,
CAMILLE COLATOSTI, and KRISTINA NICHOLS,

Defendants.

---

Todd F. Flood (P58555)
Michael D. Weaver (P43985)
FLOOD LAW, PLLC
*Attorney for Plaintiff*
155 W Congress, Ste 350
Detroit, MI 48226
(248) 547-1032
tflood@floodlaw.com
mweaver@floodlaw.com

Kevin T. Sutton (P65364)
Adam Blaylock (P77716)
MILLER JOHNSON PLC
*Attorneys for Defendants Interlochen Center for the Arts, Interlochen Arts Group, Colatosti, and Nichols*
500 Woodward Ave., Ste. 3600
Detroit, MI 48226
(313) 672-6924
suttonk@millerjohnson.com
blaylocka@millerjohnson.com

David A. Nacht (P47034)
Fabiola A. Galguera (P84212)
NACHTLAW, P.C.
*Attorneys for Defendant Heldreth*
501 Avis Drive, Suite 3
Ann Arbor, MI 48108
(734) 663-7550
dnacht@nachtlaw.com
fgalguera@nachtlaw.com

---

**STIPULATION AND ORDER EXTENDING DEFENDANT DAVID HELDRETH'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff Emily Cohen, as Next Friend for A.C., a minor, and Defendant David Heldreth, by and through their respective counsel, hereby stipulate and agree that the deadline for Defendant David Heldreth to answer or otherwise respond to Plaintiff's Complaint is extended from November 10, 2026, to November 17, 2026.

IT IS ORDERED that the deadline for Defendant David Heldreth to file first responsive pleadings in the above-captioned case is extended to November 17, 2026.

This order does not prejudice the parties hereto and in no way waives any claim, right, objection, or defense.

IT IS SO ORDERED.

Dated: ______________________

______________________________________
Hon. Jane M. Beckering
United States District Judge

STIPULATION:

/s/ Todd F. Flood (with permission)
Todd F. Flood (P58555)
Michael D. Weaver (P43985)
FLOOD LAW, PLLC
*Attorneys for Plaintiff*
155 W Congress, Ste 350
Detroit, MI 48226
(248) 547-1032
tflood@floodlaw.com
mweaver@floodlaw.com

/s/ David A. Nacht__________
David A. Nacht (P47034)
Fabiola A. Galguera (P84212)
NACHTLAW, P.C.
*Attorneys for Defendant Heldreth*
501 Avis Drive, Suite 3
Ann Arbor, MI 48108
(734) 663-7550
dnacht@nachtlaw.com
fgalguera@nachtlaw.com

Dated: November 9, 2026